UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| |
| --- |
| NICHOLAS MILLER, |
|     Plaintiff, |
|         Case: 1:23-CV-00164 |
|     v. |
|         **MOTION FOR ENTRY OF** |
| JACKSON LLC.,    **DEFAULT FINAL JUDGMENT** |
|     Defendant. |

The undersigned counsel, on behalf of plaintiff, NICHOLAS MILLER ("PLAINTIFF"), moves this Court for entry of a default judgment as to defendant CAPITOL DISTRIBUTING, INC. ("DEFENDANT"), upon the complaint heretofore filed and served upon the defendant, in accordance with the provisions of Rule 55(b)(2), Federal Rules of Civil Procedure, and in support thereof shows the Court the following.

1. On or around March 20th, 2023, PLAINTIFF sent notice of violations of the Americans with Disabilities Act, 42 U.S.C §12181 *et seq.* ("ADA") and its implementing regulations, the ADA's Accessibility Guidelines, 28 C.F.R. Part 36 ("ADAAG") in the form of an unfiled complaint to defendant. Such notice is not required by the ADA. That notice was received on Friday, March 24th, 2023.

2. On April 10, 2023, PLAINTIFF filed in the United States District Court, District of Idaho, a Complaint alleging certain practices by defendant in violation of Section 1 of the Sherman Act, 15 U.S.C. § 1. A copy of said Complaint is attached hereto as Exhibit 1 and is incorporated herein by reference.

3. On September 14, 2023, a copy of said Complaint and a Summons in a Civil Action were served by Levi Holloway upon Rusty Banbury, Director of Defendant. A copy of the Process Receipt and Return and Summons is attached hereto as Exhibit 2 and is incorporated herein by reference.

4. On Wednesday, October 25, 2023, after more than 40 days had elapsed since the service of said Complaint and Summons upon defendant, and no Answer thereto having been served by defendant upon Plaintiff, Plaintiff notified Matt Hedberg, in house counsel for Defendant, of the Plaintiff's intention to petition this Court for entry of a default judgment against defendant. Hedberg had requested 5 days notice prior to Plaintiff's filing for default judgment. A copy of said email is attached hereto as Exhibit 3 and is incorporated herein by reference.

5. On October 27, 2023, two days after Plaintiff notified defendant of Plaintiff's intention to petition this court for entry of default judgment, a three page letter was emailed to Plaintiff, along with 5 pages of photos. A copy of the letter is attached hereto as Exhibit 4 and is incorporated herein by reference. The detailed letter includes multiple references to court cases and stating that parts of the property were in compliance and others were not. Despite the time and effort put into writing the aforementioned letter, as well as an extra three weeks and providing notice of filing for default judgment

as requested, Defendant's new attorney is likely to claim that there is not enough time for a response to be filed. Defendant's fulfilled request for 5 days notice of filing for the purpose of having a new attorney file the response, in conjunction with the new attorney sending the detailed letter within one day of the notice, shows that the new attorney has had time to review and file such an answer, and that 5 days was the agreed time for such an Answer to be filed by outside counsel.

5. Defendant has failed to plead or otherwise defend this action, and PLAINTIFF is entitled to judgment by default against defendant.

6. Pursuant to the provisions of Rule 55(b)(2), Federal Rules of Civil Procedure, this Court is empowered to enter a default judgment against the defendant for relief sought by plaintiff in its complaint, and written notice of this action has been given to defendant as set forth in the attached affidavit.

PRAYER
WHEREFORE, plaintiff prays that this Court enter a judgment of default against defendant, and that defendant be enjoined and restrained from violating Title III of the ADA, as provided in the proposed Final Judgment filed contemporaneously with this Motion.

AFFIDAVIT
I, Greg Hotrum, do hereby certify that the statements and allegations set forth in the foregoing Motion and the accompanying Memorandum are true and accurate to the best of my knowledge and belief.

Date:   November 1, 2023

        Respectfully submitted,

        _/s/ Greg Hotrum_____

        GREG HOTRUM, Attorney for Plaintiff

        Idaho State Bar #11769

        ADAIdahoAdvocate@gmail.com