IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NICHOLAS MILLER, an individual,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>JACKSON LLC, a limited liability company,<br><br>　　　　　　　Defendant. | Case No. 1:23-cv-00164-DCN<br><br>**ORDER OF DISMISSAL** |

Based upon the Stipulation of Dismissal filed by the parties (Dkt. 16), IT IS HEREBY ORDERED that:

1. This action, and all claims therein, are DISMISSED WITH PREJUDICE.
2. All pending motions in this action are DISMISSED AS MOOT.
3. Each party will bear their own costs and attorneys' fees.
4. This case is CLOSED.

DATED: November 29, 2023

_____
David C. Nye
Chief U.S. District Court Judge

ORDER OF DISMISSAL - 1