IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NICHOLAS MILLER, an individual,<br>　　　　　　Plaintiff,<br><br>v.<br><br>JACKSON LLC, a limited liability company,<br>　　　　　　Defendant. | Case No. 1:23-cv-00164-DCN<br><br>**JUDGMENT** |

　　In accordance with the Court's Order of Dismissal entered concurrently herewith,

IT IS HEREBY ORDERED:

1. This case is DISMISSED with PREJUDICE and CLOSED.

DATED: November 29, 2023

_____
David C. Nye
Chief U.S. District Court Judge

JUDGMENT – 1